COMMONWEALTH of Pennsylvania,
Respondent

v.

Russiu STEWART, Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Russiu Stewart, Petitioner

No. 407 MAL 2016
No. 408 MAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

AND NOW, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.